# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**KIMBERLY CRISTOBAL**  **PLAINTIFF**
**ADC #719913**

v.  CASE NO. 3:24-CV-00131 BSM

**P. MALOTT, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE